**Electronically Filed
Supreme Court
SCPW-25-0000325
11-AUG-2025
09:52 AM
Dkt. 19 OGMD**

SCPW-25-0000325

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

SUSAN E. SHAW, Petitioner,

vs.

THE HONORABLE FAʻAUUGA L. TOʻOTOʻO,
Judge of the Circuit Court of the First Circuit,
State of Hawaiʻi, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 1CPN-23-0000028)

<u>ORDER GRANTING MOTION TO DISMISS</u>
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Susan E. Shaw (Shaw) filed a petition for writ of mandamus on April 4, 2025.  Shaw then filed a document titled "Withdrawal of Petition for Writ of Mandamus to Circuit Court Judge" on July 31, 2025.  We construe this document as a motion to dismiss and grant the motion.

It is ordered that the petition for writ of mandamus is dismissed.

DATED:  Honolulu, Hawaiʻi, August 11, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna



/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens